Esther HOFFENBERG and Morris Weintraub, Executors, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 307, Docket 23456.

United States Court of Appeals Second Circuit.

Argued May 12, 1955.

Decided June 23, 1955.

Maurice A. Schnur, New York City, for petitioners.

Melva M. Graney, H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Sp. Assts. to Atty. Gen., Washington, D. C., for respondent.

Before L. HAND, SWAN and FRANK, Circuit Judges.

PER CURIAM.

Affirmed upon the opinion of the Tax Court. 22 T.C. 1185.

UNITED STATES of America, Appellant,

v.

Francesco STRATI.

No. 11528.

United States Court of Appeals Third Circuit.

Argued June 7, 1955.

Decided June 17, 1955.

Robert W. Lees, Asst. U. S. Atty., Philadelphia, Pa. (W. Wilson White, U. S. Atty., Philadelphia, Pa., on the brief), for appellant.

Filindo B. Masino, Philadelphia, Pa., for appellee.

Before KALODNER, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

We find no error. The order of the court below will be affirmed on the opinion of Judge Grim, D.C.1954, 131 F. Supp. 786. Its correctness is attested to by United States v. Menasche, 348 U.S. 528, 75 S.Ct. 513, and Shomberg v. United States, 348 U.S. 540, 75 S.Ct. 509, subsequent to the lower court's disposition.

UNITED STATES of America, Plaintiff-Appellee,

v.

Salvatore DI BELLA, Defendant-Appellant.

No. 327, Docket 23585.

United States Court of Appeals Second Circuit.

Argued June 9, 1955.

Decided June 9, 1955.

Matthew H. Brandenburg, New York City (Ralph J. Barra, New York City, of counsel), for appellant.

Leonard P. Moore, U. S. Atty., for Eastern Dist. of New York, Brooklyn, N. Y. (Paul Windels, Jr., Brooklyn, N. Y., and Frances Thaddeus Wolff, New York City, of counsel), for appellee.

Before CHASE and MEDINA, Circuit Judges, and RYAN, District Judge.

PER CURIAM.

Judgment affirmed in open court.